973 A.2d 382

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v. VINCENT SALZILLO, DEFENDANT–RESPONDENT.

May 21, 2009.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.